| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Riblet, Robin L. | 2. Court or Organization  Central District of California | 3. Date of Report  09/10/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Bankruptcy Judge, Full Time | 5a. Report Type (check appropriate type)  ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2012 to 12/31/2012 |
| 7. Chambers or Office Address  1415 State Street Santa Barbara, CA 93101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Treasurer | Central Coast Chapter of the Federal Bar Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 2. -A O N Corp | | | | | Buy | 01/25/12 | K | | |
| 3. -Accenture CL A | | | | | Sold (part) | 11/12/12 | J | D | |
| 4. -AECOM Technology Corp | | | | | Sold | 05/07/12 | J | A | |
| 5. -Auto Data Processing | | | | | Sold | 12/10/12 | K | C | |
| 6. -Becton Dickinson & Co | | | | | Sold | 02/28/12 | K | C | |
| 7. -Berkshire Hathaway A | | | | | | | | | |
| 8. -Berkshire Hathaway Cl B | | | | | | | | | |
| 9. -Buckle Inc (8) | | | | | | | | | |
| 10. -CVS Carmark Corp. | | | | | | | | | |
| 11. -Devon Energy Corp NEW | | | | | | | | | |
| 12. -Disney Walt Co | | | | | | | | | |
| 13. -Dover Corp | | | | | Sold (part) | 04/02/12 | J | C | |
| 14. | | | | | Sold | 06/01/12 | K | D | |
| 15. -Ensco Plc ADR | | | | | | | | | |
| 16. -Equifax Inc | | | | | Sold | 12/21/12 | K | E | |
| 17. -General Mills | | | | | Buy | 10/11/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Intel Corp. | | | | | | | | | |
| 19. -I Shares TR Russell 2000 | | | | | | | | | |
| 20. -Lab of Amer Hldg New | | | | | | | | | |
| 21. -Lowes Companies Inc | | | | | Buy | 01/09/12 | K | | |
| 22. -Marathon Oil Corp | | | | | Buy (add'l) | 03/23/12 | K | | |
| 23. -Markel Corp | | | | | Buy | 11/13/12 | K | | |
| 24. -Matthews Asian Growth & Inc FD | | | | | | | | | |
| 25. -Medtronic Inc | | | | | | | | | |
| 26. -Microsoft Corp | | | | | | | | | |
| 27. -Mylan Laboratories Inc (1) | | | | | | | | | |
| 28. -NCR Corp New | | | | | Buy | 12/10/12 | K | | |
| 29. -Nike Inc CL B | | | | | Sold | 03/19/12 | K | E | |
| 30. -Occidental Pete Corp | | | | | Buy | 03/23/12 | K | | |
| 31. -Oracle Corp | | | | | Buy | 02/28/12 | K | | |
| 32. -Parker Hannifin Corp | | | | | Buy | 02/13/12 | K | | |
| 33. | | | | | Sold | 07/19/12 | K | A | |
| 34. -Pepsico Inc | | | | | Buy (add'l) | 03/28/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Proctor & Gamble | | | | | | | | | |
| 36. -SCH ADV CASH RESRV PREM (Y ) | | | | | | | | | |
| 37. -Sigma Aldrich Corp | | | | | | | | | |
| 38. -Spectra Energy Co | | | | | | | | | |
| 39. -Stryker Corp | | | | | | | | | |
| 40. -Synaptics Inc | | | | | | | | | |
| 41. -Sysco Corp | | | | | Sold | 03/28/12 | K | A | |
| 42. -T J X Cos Inc. (2) | | | K | T | | | | | |
| 43. | | | | | Spinoff (from line 42) | 02/02/12 | J | | |
| 44. | | | | | Sold (part) | 04/02/12 | J | D | |
| 45. | | | | | Sold (part) | 05/31/12 | K | E | |
| 46. -United Health Group Inc (3) | | | | | | | | | |
| 47. -United Parcel Service B (4) | | | | | | | | | |
| 48. -United Technologies Corp | | | | | | | | | |
| 49. -V F Corp (5) | | | | | | | | | |
| 50. -Verizon Communications (6) | | | | | | | | | |
| 51. -Waste Management Inc Del (7) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Waters Corp | | | | | Sold (part) | 04/02/12 | J | D | |
| 53. Charles Schwab Trust #2 | D | Int./Div. | O | T | | | | | |
| 54. -Abbott Labortories (1) | | | | | | | | | |
| 55. -Air Product & Chemicals Inc | | | | | Sold | 06/01/12 | K | C | |
| 56. -Alcon Inc (2) | | | | | | | | | |
| 57. -America Electric Power | | | | | | | | | |
| 58. -Auto Data Processing | | | | | Sold | 12/10/12 | K | A | |
| 59. -B C E Inc FD (3) | | | | | | | | | |
| 60. -Becton Dickinson & Comp | | | | | Sold | 02/28/12 | K | C | |
| 61. -Berkshire Hathaway Cl A | | | | | | | | | |
| 62. -Berkshire Hathaway Cl B | | | | | | | | | |
| 63. -CocaCola Comp. | | | | | | | | | |
| 64. -Conoco Phillips | | | | | Buy (add'l) | 08/28/12 | J | | |
| 65. -Darden Restaurants Inc | | | | | | | | | |
| 66. -Devon Energy Co. | | | | | | | | | |
| 67. -Diago PLC Adr | | | | | | | | | |
| 68. -Emerson Electric | | | | | Sold | 12/21/12 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Federated Municipal Securities (4) | | | | | | | | | |
| 70. -First Bank & Trust Checking, Santa Barbara CA | | | | | | | | | |
| 71. -Franklin Calif Tax-free FD | | | | | | | | | |
| 72. -Frontier Communications (10 ) | | | | | | | | | |
| 73. - Henry Jack & Assoc Inc | | | | | Sold | 12/20/12 | J | D | |
| 74. -Illinois Tool Works, Inc | | | | | Sold (part) | 04/26/12 | J | A | |
| 75. -Intel Corp | | | | | Sold (part) | 12/26/12 | J | A | |
| 76. -I Shares TR Russell 2000 (5) | | | | | | | | | |
| 77. -Japan Fund Cl S (6) | | | | | | | | | |
| 78. -Johnson Controls Inc | | | | | Buy | 02/08/12 | K | | |
| 79. | | | | | Sold | 07/18/12 | K | A | |
| 80. -Johnson & Johnson | | | | | | | | | |
| 81. -Kellogg Company | | | | | Buy | 08/28/12 | K | | |
| 82. -Kinder Morgan Inc.(7) | | | | | | | | | |
| 83. -Matthews Asian Growth & Income FD | | | | | Sold (part) | 04/26/12 | J | B | |
| 84. -Medtronic Inc | | | | | Sold (part) | 08/08/12 | J | A | |
| 85. -Microsoft Corp. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Norfolk Southern Corp | | | | | Sold (part) | 08/08/12 | K | B | |
| 87. -Occidental Pete Corp | | | | | Buy | 01/09/12 | K | | |
| 88. -Omnicom Grp Inc | | | | | Buy | 12/21/12 | J | | |
| 89. -Oracle Corp | | | | | Buy | 02/28/12 | K | | |
| 90. -Phillips 66 | | | | | Spinoff (from line 64) | 04/30/12 | J | | |
| 91. | | | | | Sold | 05/25/12 | J | C | |
| 92. -Proctor & Gamble | | | | | | | | | |
| 93. -Sigma Aldrich Corp | | | | | | | | | |
| 94. -Spectra Energy Corp | | | | | | | | | |
| 95. -Stryker Corp | | | | | | | | | |
| 96. -Sysco Corp | | | | | Sold | 03/28/12 | K | A | |
| 97. - The 3M Co. | | | | | Sold | 05/25/12 | K | B | |
| 98. -Teva Pharm Inds Ltd ADR | | | | | | | | | |
| 99. -Unitd Parcel Service B (8) | | | | | | | | | |
| 100. -United Technologies Corp | | | | | Buy | 03/28/12 | K | | |
| 101. -Verizon Comm. | | | | | Sold | 02/28/12 | K | A | |
| 102. -Viacom Inc Cl New | | | | | Buy | 01/30/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Vodaphone Grp New New ADR | | | | | Buy | 01/23/12 | K | | |
| 104. -Wal-mart Stores Inc. | | | | | Sold (part) | 08/08/12 | J | A | |
| 105. -Waste Management Inc Del | | | | | Sold | 03/19/12 | K | C | |
| 106. -Willis Grp Holdimgs Public Fnd | | | | | | | | | |
| 107. -Santa Barbara Bank & Trust #1 | | | | | | | | | |
| 108. -Santa Barbara Bank & Trust #2 | | | | | | | | | |
| 109. -Canadian Imperial Bank of Commerce | | | | | | | | | |
| 110. -Wells Fargo Bank, Santa Barbara, CA (9) | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. Charles Schwab IRA #2 | D | Int./Div. | P1 | T | | | | | |
| 113. -A O N Corp | | | | | Buy | 01/25/12 | K | | |
| 114. | | | | | Sold (part) | 12/07/12 | J | A | |
| 115. -Auto Data Processing | | | | | Sold | 12/10/12 | K | A | |
| 116. -Accenture Cl A | | | | | Sold (part) | 11/13/12 | K | D | |
| 117. -Aecom Technology Corp | | | | | Sold | 05/07/12 | K | A | |
| 118. -Becton Dickinson & Co | | | | | Sold | 02/28/12 | K | C | |
| 119. -Berkshire Hathaway A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Coca Cola Comp | | | | | | | | | |
| 121. -C V S Carmark Corp | | | | | | | | | |
| 122. -Devon Energy Co. New | | | | | | | | | |
| 123. -Disney Walt Co. | | | | | | | | | |
| 124. -Dover Corp | | | | | Sold | 06/01/12 | K | B | |
| 125. -Encana Corp (1) | | | | | | | | | |
| 126. -Ensco Plc ADR (2) | | | | | | | | | |
| 127. -Equifax Inc | | | | | Sold | 12/21/12 | K | D | |
| 128. -Equitable Resources Inc (5 ) | | | | | | | | | |
| 129. -General Mills | | | | | Buy | 10/11/12 | K | | |
| 130. -Harris Corp. (6) | | | | | | | | | |
| 131. -Intel Corp. | | | | | | | | | |
| 132. -Lowes Companies | | | | | Buy | 01/09/12 | K | | |
| 133. | | | | | Sold (part) | 12/07/12 | J | C | |
| 134. -Marathon Oil Corp | | | | | | | | | |
| 135. -Markel Corp | | | | | Buy | 11/13/12 | K | | |
| 136. -Matthews Asian Growth & Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Medtronic Inc | | | | | | | | | |
| 138. -Microsoft Corp. | | | | | | | | | |
| 139. -Mylan Laboratories Inc (3) | | | | | | | | | |
| 140. -NCR Corp New | | | | | Buy | 12/10/12 | K | | |
| 141. -Nike Inc CL B | | | | | Sold | 03/19/12 | K | E | |
| 142. -Occidental Pete Corp | | | | | Buy | 03/23/12 | K | | |
| 143. -Oracle Corp | | | | | Buy | 02/28/12 | K | | |
| 144. -Parker Hannifin Corp | | | | | Buy | 02/13/12 | K | | |
| 145. | | | | | Sold | 07/19/12 | K | A | |
| 146. -Pepsico Inc | | | | | Buy (add'l) | 03/28/12 | K | | |
| 147. | | | | | Sold (part) | 12/04/12 | K | A | |
| 148. -Sigma Aldrich Corp | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. -Spectra Energy Co | | | | | | | | | |
| 151. -Stryker Corp | | | | | | | | | |
| 152. -Synaptics Inc | | | | | | | | | |
| 153. -Sysco Corp | | | | | Sold | 03/27/12 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -T J X Cos Inc. (4) | | | K | T | | | | | |
| 155. | | | | | Spinoff (from line 154) | 02/02/12 | J | | |
| 156. | | | | | Sold (part) | 05/31/12 | K | D | |
| 157.  -United Technologies Corp | | | | | | | | | |
| 158.  -Waters Corp | | | | | | | | | |
| 159.  Charles Schwab IRA #1 | A | Dividend | M | T | | | | | |
| 160.  -Berkshire Hathaway CL B | | | | | | | | | |
| 161.  -Charles Schwab Money Market Fnd | | | | | | | | | |
| 162.  -Charles Schwab Value Advantage Fd | | | | | | | | | |
| 163.  -Intuit, Inc | | | | | | | | | |
| 164.  -Microsoft Corp | | | | | | | | | |
| 165.  -Quicksilver Inc | | | | | | | | | |
| 166. | | | | | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. | | | | | | | | | |
| 170. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | | | | | |
| 172. | | | | | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 09/10/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. | | | | | | | | | |
| 192. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 17

**Name of Person Reporting**

Riblet, Robin L.

**Date of Report**

09/10/2013

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Code Abbreviations: T is Trust; VC is value code; GC is gain code; VM Value Method.

Trust abbreviations: T1 is Trust #1; T2 is Charles Schwab #2 trust; T3 is IRA #2, T4 is IRA #1

Other abreviations: ILBT3 is "Incorrectly Listed, belongs in T2"

   T1:  Trust #1

(1) Mylan Labortories Inc  Incorrectly listed. in 2011 report. Sold 03/07/08  VC J, GC A

(2) TJX Cos Inc: 2:1 split on 02/02/2012.

(3) United Health Group Inc: Incorrectly listed in 2009-2011 reports. Sold 03/12/08. VC K, GC A.

(4) United Parcel Service B: Incorrectly listed in 2010-2011 reports. Sold 07/07/09. VC J, GC A.

(5) V F Corp: Incorrectly listed in 2010-2011 reports. Belongs in T3.

(6) Verizon Communications: ILBT3.

(7) Waste Management: ILBT3.

(8) Buckle Inc: Incorectly listed in FDR 2010. Belonged in IRA2. Sold 11/29/10 VC K, GC D.

(9) SCH ADV CASH RESRV PREM. Should have had a "Y".

   T2:  IRA #2

(1 ) Encana Corp: 0mitted in 2010-2011 reports. .Sold 11/18/2009, VC K, GC E.

(2) Ensco Plc ADR: Omitted in 2011. Sold 09/22/11, VC K, GC E.

(3) Mylan Labortories Inc  Incorrectly listed in 2011 report. Sold 03/07/08  VC J, GC A

(4) T J X Cos Inc: 2:1 split 02/02/12.

(5) Equitable Resources Inc: Sold 10/25/07. VC K, GC E.

(6) Harris Corp: Sold 08/05/09. VC K, GC A.

(7) Varian Medical Systems: Sold 11/25/10. VC K, GC D.

(8) Walgreen Co: Sold 02/17/10. VC K, GC B.

   T3:  Charles Schwab Trust #2

(1) Abbott Laboratories: Omitted in 2010, 2011 reports. Sold (part) 04/26/12, VC J, GC D, Sold 12/12,12 VC J, GC A.

(2) Alcon Inc: Omitted sale in 2011 FDR on 01/26/11. VC K, GC D.

(3) B C E Inc New: Omitted  Sold 07/09/11 VC J, GC D.

(4) Federated Municipal Securities: Incorrectly listed. Cannot find any references to this stock.

(5) Ishares TR Russell 2000: Incorrectly listed as Sold-p on 08/24/2011 instead of Sold. VC K, GC D.

(6) Japan Fund Class S:  Incorrectly listed.  Sold 11/26/2008, VC J, GC A.

(7) Kinder Morgan Inc: Incorrectly listed. Sold 05/30/07, VC K, GC D.

(8) United Parcel Service B:  Incorrectly listed in 2011 report. Sold  07/07/09. VC J, GC A.

(9) Wells FargoAccount Closed 07/04/12, VC A.

(10) Forntier Communications: Spunoff from Verizon 07/01/10. Sold 07/20/10 VC J, GC A.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robin L. Riblet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544